**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOY GROSS, *et al.*, | Civil Action No. 25-683 (MAS) |
| **Plaintiffs,** | |
| v. | |
| BOAR'S HEAD PROVISION CO., INC., *et al.*, | ORDER OF DESIGNATION FOR MEDIATION |
| **Defendants.** | |

The Court having reviewed the matter; and it appearing that mediation of this civil action would conserve the resources and be in the best interests of the Court and of the parties; and good cause appearing;

IT IS on this 23rd day of January 2026,

ORDERED THAT:

1.  This civil action be, and hereby is, referred to mediation.

2.  Counsel and the parties shall participate in mediation and shall cooperate with the mediator, the Hon. Thomas M. Moore (ret.), whom they have selected.

3.  Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4.  The mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be constructed as an admission against interests.

5.  All proceedings in this matter, except for discovery as agreed to by the mediator and counsel, are stayed until **April 3, 2026**.

6.  The parties shall provide the Court with a written status update concerning the mediation of this matter no later than **April 2, 2026**.


   s/Tonianne J. Bongiovanni

**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**